UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GASPERONI TILE CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No. 05-2400 (RMU) |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On January 11, 2006, service of the Summons and Complaint in this action was made upon Gasperoni Tile Corporation, by delivering said documents at 49088 White Mill Drive, Shelby Township, MI 48317 to Nancy Gasperoni, authorized to accept service on behalf of Gasperoni Tile Corporation.

3. Proof of such service is provided by the declaration of process server, M. Florence, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 9, 2006

Claudette M. Elmes