**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1/11/06 @ 12:03 pm |
| NAME OF SERVER *(PRINT)* M. Florence | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    XG  Other (specify):  By serving Nancy Gasperoni, Part-Owner, authorized to accept. Service was completed at 49088 White Mill Drive, Shelby Township, MI 48317.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-11-06
           Date           Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
Address of Server WASHINGTON, D.C. 20009
(202) 667-0050

*Nancy Gasperoni* (signature)

* Exhibit A, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Elctronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

    Plaintiffs,

V.

GASPERONI TILE CORPORATION,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02400

JUDGE: Ricardo M. Urbina

DECK TYPE: Labor/ERISA (non-employme)

DATE STAMP: 12/14/2005

TO: (Name and address of Defendant)

GASPERONI TILE CORPORATION
49088 White Mill Drive
Shelby Township, MI  48317-1621

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC  20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           DEC 14 2005
CLERK                                 DATE

_Maureen Higgins_
(By) DEPUTY CLERK