CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
                    Plaintiffs                    )
                                                  )
                    vs.                           )          Civil Action No. __05-2400__
                                                  )
                                                  )
GASPERONI TILE CORPORATION_____                )
                    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __8th__ day of ___March___, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
                    GASPERONI TILE CORPORATION

was [were]:    [personally served with process on __January 11, 2006_____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):

_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
            29 U.S.C. Section 1132(e)(2)_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW, Washington DC 20037

____184564____
Bar Id. Number                          Address and Telephone Number    (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2400 (RMU) |
| | ) |
| GASPERONI TILE CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C.  20037-1526
Telephone: (202) 828-2234
Facsimile:   (202) 887-0689

Gasperoni Tile Corporation
49088 White Mill Drive
Shelby Township, MI  48317

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Default and Affidavit in Support of Default were served by first class mail, postage prepaid, this _9th_ day of _March_____, 2006, upon:

Gasperoni Tile Corporation
49088 White Mill Drive
Shelby Township, MI  48317

_____
Andrea Newell

DSMDB.2053092.1