# Exhibit C

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

_____
Plaintiff(s)

Civil Action No. 05-2400 (RMU)

V.

GASPERONI TILE CORPORATION

_____
Defendant(s)

RE: GASPERONI TILE CORPORATION

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 11, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of March, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____N. Wilkens_____
Deputy Clerk